## United States District Court
### Violation Notice
(Rev. 1/2019)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
|  | 9785271 | J. GILES | 4669 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense | Offense Charged ☒CFR ☐USC ☐State Code |
|---|---|
| 02/14/2024 1157 | 38CFR 1.218(b)26 |

Place of Offense: Portland VAMC Lot 5 Portland OR

Offense Description: Factual Basis for Charge — HAZMAT ☐

parking in no parking areas

**DEFENDANT INFORMATION**

Last Name: Rice
First Name: Katherine

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| 526 FLJ | OR | 2011 | Dodge/Dur |  | Red |

A ☐ APPEARANCE IS REQUIRED — If Box A is checked, you must appear in court. See instructions.

B ☒ APPEARANCE IS OPTIONAL — If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ 25 Forfeiture Amount
+ $30 Processing Fee

PAY THIS AMOUNT AT www.cvb.uscourts.gov → $ 55 Total Collateral Due

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: U.S. DISTRICT COURT
DISTRICT OF OREGON
740 US COURT HOUSE
1000 SW THIRD AVENUE
PORTLAND, OR 97204-2902

Date: TBD
Time: TBD

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: Not Present

Original - CVB Copy

*9785271*

---

**STATEMENT OF PROBABLE CAUSE**
(For issuance of an arrest warrant or summons)

I state that on February 14, 20 24 while exercising my duties as a law enforcement officer in the Western District of Oregon

On February 14, 2024, at approximately 1157 hours, I, Officer Joshua Giles, while on vehicle patrol in full police uniform and in a marked police vehicle, observed a red Dodge Durango with Oregon plate #526FLJ parked in lot 5 between two "No parking any time" signs.

A LEDS check revealed the registered owner as Katherine Rice 01/14/1955. Rice does not have permission from the VA Police or VA parking office to park in between the "No parking any time" signs. I issued Rice a USDCVN for violation of 38CFR 1.218(b)26, parking in no parking areas. Rice was not present to sign for the citation. I left the yellow copy of the citation on the vehicle's front windshield.

The foregoing statement is based upon:
☐ my personal observation    ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 02/14/2024    Officer's Signature
Date (mm/dd/yyyy)

Probable cause has been stated for the issuance of a warrant.

Executed on: _____    U.S. Magistrate Judge
Date (mm/dd/yyyy)

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident